UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE DEON CARROLL, | No. 2:16-cv-2443-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SPEARMAN, Warden, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file a motion for reconsideration of this court's August 4, 2017 denial of his motion for appointment of counsel.

Plaintiff's request (ECF No. 14) is granted and plaintiff has 45 days from the date this order is served to file his motion for reconsideration.

So ordered.

Dated: August 29, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE